FILED
CLERK, U.S. DISTRICT COURT
JUL 13 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA
Special Assistant United States Attorney
California Bar No. 184475

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8962
Facsimile: (415) 744-0134
E-Mail: Dennis.Hanna@ssa.gov

Attorneys for Defendant,
    Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| DION DAVIS,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | EDCV 09-0265 VBK<br><br>[~~PROPOSED~~]<br>JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: 13 JUL 2009

_____
HON. VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE